# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Hon. Jerome B. Simandle |
| ) | |
| ) | Crim. No. 09-626 (JBS) |
| v. ) | |
| ) | [PROPOSED] CONSENT ORDER |
| ) | |
| VLADIMIR DRINKMAN, et al. ) | |

**THIS MATTER** having been opened to the Court on the motion of Intervenor Bloomberg L.P. (Randy L. Shapiro, Esq., appearing) for an Order unsealing the docket in the above-captioned case, the United States of America (Assistant United States Attorneys Erez Liebermann, Gurbir Grewal, and Andrew Pak, appearing) and defendant DMITRIY SMILIANETS (Bruce Provda, Esq., appearing) having consented to the application with certain limited exceptions; and for good and sufficient cause shown,

**WHEREFORE, IT IS** on this 2nd day of December, 2013,

**ORDERED** that the Intervenor Bloomberg L.P.'s motion to unseal the docket in this matter is granted in part;

**IT IS FURTHER ORDERED** that references to the aliases or nicknames of the defendants charged or referenced in filings in the above-captioned case shall remain sealed and will be redacted from the docket and any publicly-available documents; and

**IT IS FURTHER ORDERED** that representatives of the United States Attorney's Office for the District of New Jersey and representatives of the Office of the Clerk of the Court for this District shall meet with and work with

each other to unseal the docket in this case as directed herein by no later than December 16, 2013.

*[signature]*
HONORABLE JEROME B. SIMANDLE
CHIEF, UNITED STATES DISTICT JUDGE

2